| | |
|---|---|
| 1 | VAUGHT & BOUTRIS, LLP |
| | Basil J. Boutris, SB#122758 |
| 2 | Jon R. Vaught, SB#114590 |
| | Attorneys at Law |
| 3 | 7677 Oakport Street, Suite 1140 |
| | Oakland, CA 94621 |
| 4 | Telephone: (510) 430-1518 |
| | Facsimile: (510) 382-1166 |

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) CASE NO. 13-46447
)
) Chapter 13 Case
STEVEN SCOTT NEWMAN & )
JOANNE ELAINE WILSON dba ) NOTICE OF CHANGE OF
NEWMAN CHIROPRACTIC OFFICES ) ADDRESS OF ATTORNEY
& WELLQUEST WELLNESS ) FOR DEBTORS
CENTERS )
)
               Debtors. )
_____)

     Basil J. Boutris of Vaught & Boutris, LLP, hereby gives notice of the following change of address:

     Old mailing address: <u>80 Swan Way, Suite 320, Oakland, CA 94621.</u>

     New mailing address: <u>7677 Oakport Street, Suite 1140, Oakland, CA 94621.</u>

     The new address is effective as of June 30, 2014.

                                                  VAUGHT & BOUTRIS LLP

Dated: July 18, 2014                   By: <u>/s/ Basil J. Boutris</u>
                                                 Basil J. Boutris, Attorney for Debtors

1